UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Monic T Rayford,<br><br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 16-20549<br><br>Chapter: 13<br>Honorable Janet S. Baer<br>Kane |

## ORDER MODIFYING THE PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction and being duly advised in the premises, and with due notice having been given to all parties in interest,

IT IS HEREBY ORDERED THAT:

1. The current plan payment default is deferred to the end of the plan.

2. Due to the pandemic and pursuant to the CARES Act, the term of the plan may run longer than 60 months.

3. The plan base shall remain the same.

4. All other terms of the confirmed plan shall remain the same.

Enter:

*Janet S. Baer* (signature)

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: December 04, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600